STATE OF NORTH CAROLINA v. WILLIAM McKINLEY
LINGERFELT

No. 7424SC871

(Filed 5 February 1975)

APPEAL by defendant from *Thornburg, Judge,* 27 May 1974 Session of Superior Court held in MADISON County. Heard in the Court of Appeals 14 January 1975.

Defendant was charged in a bill of indictment with felonious breaking or entering and with felonious larceny.

The State's evidence tended to show that during the night of the offense defendant's automobile was near the scene, some twelve to fourteen miles from defendant's residence. Several of the items stolen at the time of the breaking or entering were found in and near defendant's residence.

The defendant's evidence tended to show that during the night in question he remained at home all night; that one Norris came by his house and borrowed his car; about two hours later Norris returned his car, left the seized items at defendant's residence and stated that he would return to pick them up. Norris cannot now be found.

The case was submitted to the jury under the doctrine of possession of recently stolen property. From a verdict of guilty as charged and judgment entered thereon, defendant appealed.

*Attorney General Edmisten, by Assistant Attorney General Magner, for the State.*

*Ronald W. Howell, for the defendant.*

BROCK, Chief Judge.

Defendant has preserved his assignments of error and has brought them forward for consideration on appeal. We have studied the record on appeal and have given careful consideration to each assignment of error and defendant's argument upon each. In our opinion no prejudicial error has been made to appear.

No error.

Judges BRITT and CLARK concur.